



JAN 1 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>307 ALHAMBRA AVENUE, VALLEJO, CALIFORNIA;<br>607 STATE STREET, EARLIMART, CALIFORNIA; A 2004 BURGUNDY CHEVROLET TAHOE SPORT UTILITY VEHICLE BEARING CALIFORNIA LICENSE PLATE 7BIS650; A 2008 WHITE TOYOTA TACOMA PICKUP TRUCK BEARING CALIFORNIA LICENSE PLATE 07677N2. | CASE NO. 1:19-SW-00386-EPG<br><br>ORDER TO UNSEAL SEARCH WARRANT |

The United States having applied to this Court for a search warrant regarding the above-captioned properties, and having applied for the warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the search warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the search warrant filed in the above-entitled matter shall be unsealed.

Dated: 1/10/2020

_____
HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Unsealing Search Warrant

1